IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROSILAND DAVIS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:12CV00425 SWW |
| CHENAL HEIGHTS NURSING and | * | |
| REHAB, ET AL. | * | |
| | * | |
| Defendants | | |

## JUDGMENT

Consistent with the Findings of Fact and Conclusions of Law entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 24TH DAY OF SEPTEMBER, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE